IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY CALLIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   19-cv-01274-JES-JEH |
| ) | |
| PETERSEN HEALTH OPERATIONS, LLC, ) | |
| d/b/a Bloomington Rehabilitation & Health Care ) | |
| Center, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, ANTHONY CALLIES, by his attorneys, Robbins DiMonte, Ltd., and Defendant, PETERSEN HEALTH OPERATIONS, LLC, its attorneys Sorling Northrup, who herein jointly stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned matter is DISMISSED WITH PREJUDICE with each party hereto to bear his or its own incurred costs of prosecution of these proceedings.

| ANTHONY CALLIES, Plaintiff | PETERSEN HEALTH OPERATIONS, LLC d/b/a Bloomington Rehabilitation & Health Care Center, Defendant |
|---|---|
| By: /s/Jennifer M. Sender (with consent) | By: /s/John A. Kauerauf |
| Jennifer M. Sender, Bar #6207774 | John A. Kauerauf, Bar #6193413 |
| Andres J. Gallegos, Bar #6212168 | Sorling Northrup |
| Robbins, Salomon & Patt, Ltd. | 1 N. Old State Capitol Plaza, Suite 200 |
|    n/k/a Robbins DiMonte, Ltd. | P.O. Box 5131 |
| 180 North LaSalle, Suite 3300 | Springfield, IL  62705 |
| Chicago, IL  60601 | Telephone: 217-544-1144 |
| Telephone:  312-782-9000 | Fax: 217-522-3173 |
| Fax:  312-782-6690 | E-Mail: jakauerauf@sorlinglaw.com |
| E-Mail: jsender@robbinsdimonte.com | |
|          agallegos@robbinsdimonte.com | |

**PROOF OF SERVICE**

      I hereby certify that on November 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Jennifer M. Sender (jsender@robbinsdimonte.com)
Mr. Andres J. Gallegos (agallegos@robbinsdimonte.com)
Robbins DiMonte, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, IL  60601

                                                         /s/John A. Kauerauf